BARBARA A. MATTHEWS (SBN 195084)
Assistant U.S. Trustee
MATTHEW R. KRETZER (SBN 157949)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone:     (510) 637-3200
e-mail:     matt.r.kretzer@usdoj.gov

Attorneys for Acting United States Trustee,
Region 17, AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  Charles Leanthers Coffey, | Case No.       09-72280 J |
| | Chapter       11 |
| Debtor. | Date:       April 21, 2011 |
| | Time:       2:30 |
| | Room:       215 |

## MOTION BY ACTING UNITED STATES TRUSTEE

    August B. Landis, the Acting United States Trustee for Region 17, ("U.S. Trustee "),

requests the Court to dismiss this case under 11 U.S.C. § 1112(b).  This motion is supported by a

notice, a memorandum of points and authorities and a declaration.

    WHEREFORE the U.S. Trustee requests that the Court dismiss this case and provide

such other and further relief as the Court deems just and proper.


Dated: March 15, 2011

                                        BARBARA A. MATTHEWS
                                        Assistant United States Trustee

                            By:     /s/Matthew R. Kretzer
                                        MATTHEW R. KRETZER, Trial Attorney

                                        Attorneys for AUGUST B. LANDIS,
                                        Acting United States Trustee

Case: 09-72280    Doc# 161    Filed: 03/15/11    Entered: 03/15/11 15:36:38    Page 2 of 2